No. 815. GRIFFIN ET AL. *v.* ILLINOIS. Certiorari, 349 U. S. 937, to the Supreme Court of Illinois. It is ordered that *Charles A. Horsky, Esquire,* of Washington, D. C., a member of the Bar of this Court, be appointed to serve as counsel for the petitioners in this case.

No. 150. UNITED STATES EX REL. TOTH *v.* TALBOTT, SECRETARY OF THE AIR FORCE. Certiorari, 348 U. S. 809, to the United States Court of Appeals for the District of Columbia Circuit. Argued February 8–9, 1955. This case is restored to the docket for reargument. *William A. Kehoe, Jr., Al. Philip Kane, Charles V. Koons, John J. McGrath, Peter F. Flaherty, Joseph H. Ridge* and *James F. Smith* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Marvin E. Frankel, Beatrice Rosenberg, Carl H. Imlay* and *Chester W. Wilson* for respondent. *Ralph B. Gregg* filed a brief for the American Legion, as *amicus curiae,* urging reversal.

No. 292, Misc. MANCHESTER *v.* GLADDEN, WARDEN;
No. 643, Misc. ROOKS *v.* ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM;
No. 658, Misc. GROAT *v.* AGENT OF LEVIN, U. S. DISTRICT JUDGE, ET AL.; and
No. 666, Misc. WELDON *v.* BROWNELL, ATTORNEY GENERAL, ET AL. The motions for leave to file petitions for writs of certiorari are denied. Petitioners *pro se. Robert Y. Thornton,* Attorney General of Oregon, and *Wolf D. von Otterstedt,* Assistant Attorney General, for respondent in No. 292, Misc.